435 A.2d 254

Commonwealth v. Kleiman, Appellant.

Argued March 6, 1980. Daniel M. Pell, for appellant; John C. Uhler, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The orders of the lower court are affirmed.